# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO HAROS-GIRON,<br><br>          Petitioner/Defendant,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent/Plaintiff. | CASE NO. 12CV0132-LAB/<br>11CR1097-LAB<br><br>**ORDER DENYING WITHOUT PREJUDICE 28 U.S.C. § 2255 HABEAS MOTION** |

On December 27, 2011, the Court entered judgment against Petitioner/Defendant Eugenio Haros-Giron. On December 30, he filed a notice of appeal. Then on January 13, 2012, he filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255.

When Haros-Giron appealed his sentence, the Court was divested of jurisdiction over his case, including his § 2255 motion. *Ching v. United States*, 298 F.3d 174, 180 n.5 (2d Cir. 2002). The motion is therefore **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED: July 9, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge